Exhibit 3



**Department of
Veterans Affairs**

VA Northern Indiana HCS

VA Medical Center
1700 E. 38th Street
Marion, IN 46953
(765) 674-3321 ext. 73875

In Reply Refer To: 610/HIMS

I, Jeberra J. Vincent, RHIA custodian of the medical records, certify that the attached
are the medical Records of Minor, Vincent D., SS#: ▮▮▮▮▮▮▮, for the treatment
received at VA Northern Indiana Healthcare System, Department of Veteran's Affairs
during the period of ___July 24, 2014___ through ___October 2, 2019___ .

The medical records copies for which this certification is made are true and complete
reproductions of the original hospital medical records. These medical records are housed
at the VA Northern Indiana Healthcare System and were created in the regular course of
business at or near the time of matter recorded.  This certification is given pursuant to IC
34-43-1-7 by the custodian of the medical records in lieu of the custodian's personal
appearance.

Please remit a check in the amount of $__0__ to cover the duplication and processing
costs.

Certified this ___26___ day of ___Nov.___ 2019.

_signature_                                    _signature_

                                               JEBERRA J. VINCENT, RHIA
                                               Chief
                                               Health Info Management Service
                                               (Custodian of Medical Records)

7-22-23

Commission Expires

# Progress Notes

Printed On Nov 26, 2019

```
LOCAL TITLE: PODIATRY NOTE
STANDARD TITLE: PODIATRY NOTE
DATE OF NOTE: AUG 10, 2015@08:59     ENTRY DATE: AUG 10, 2015@08:59:42
     AUTHOR: HAMMERSLEY,BRADLEY    EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
```

s-pt rtc sp flatfoot correction with repair of tibialis posterior tendon,
calcaneal slide ostetomy and achilles tendon lengthening and resection of tarsal
tunnel all left foot. pt complains that right upper lip is still numb although
swelling has gone down. pt is sp x 10 days.
o-nvsi, wound margins are well-coapted, sutures intact. no signs of infection,
correction is maintained. pt is able to actively dorsiflex and evert his foot
slightly all left foot.
a-flatfoot condition sp correction healing well x 10 days
p-performed e&m, removed sutures and applied steristrips after removal of the
old cast. a new cast (short leg) was applied. pt to remain nonweightbearing left
foot. pt to follow up two weeks.
     P-MEDICATION RECONCILIATION REVIEW:
     Outpatient Medication Review
       Current Medications
       Active Outpatient Medications (including Supplies):


          Active Outpatient Medications              Status
          ===============================================================
          ======
     1)   HYDROcodone 10/APAP 325MG TAB**** TAKE 1 TABLET BY    ACTIVE
          MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN
     2)   LACTOBACILLUS CAP TAKE 1 CAPSULE BY MOUTH EVERY DAY   ACTIVE
          (BEST IF REFRIGERATED AFTER OPENING)
     3)   MEPERIDINE 25MG SYRINGE INJECT 25MG IVP Q10M AS       ACTIVE
          NEEDED MAY REPEAT DEMEROL 25MG IV EVERY 10 MINUTES
          PRN PAIN.  MAXIMUM TOTAL DOSE  200 MG.  FOR PACU
          ONLY.
     4)   MULTIVITS W/MINERALS TAB/CAP (NO VIT K) TAKE 1 TABLET ACTIVE
          BY MOUTH EVERY DAY
     5)   SUMAtriptan SUCCINATE 6MG/0.5ML RFL KIT INJECT ONE    ACTIVE
          DOSE UNDER SKIN AT ONSET OF HEADACHE, MAY REPEAT IN
          2 HOURS, FOR MIGRAINE
     Above medication list reviewed with patient/caregiver and no
     discrepancies noted.
     Reconciled medication list given to patient/caregiver at the end of
     visit.
     Patient/caregiver encouraged to share reconciled list of medications
     with all other providers involved in patient's care.
     Patient/caregiver encouraged to keep reconciled medication list
     updated and carry the list with them at all times in case of
     emergency.

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
```

---

# Progress Notes

Signed: 08/10/2015 16:23

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

MINOR,VINSCENT DURYA

**VISTA Electronic Medical Documentation**

Printed at MARION VA MEDICAL CENTER

# Progress Notes

```
LOCAL TITLE: PODIATRY NOTE
STANDARD TITLE: PODIATRY NOTE
DATE OF NOTE: AUG 27, 2015@13:58    ENTRY DATE: AUG 27, 2015@13:58:34
     AUTHOR: HAMMERSLEY,BRADLEY    EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED
```

s-pt rtc sp flatfoot correction with repair of tibialis posterior tendon,
calcaneal slide ostetomy and achilles tendon lengthening and resection of tarsal
tunnel all left foot. pt is about 4 weeks sp. he denies pain and discomfrt
o-nvsi, wound margins are well-coapted, steri strips intact. no signs of
infection,
correction is maintained. pt is able to actively dorsiflex and evert his foot
slightly all left foot.
a-flatfoot condition sp correction healing well x 10 days
p-performed e&m, removed steristrips after removal of the
old cast. dispensed bledsoe boot large to left foot. pt may begin gradual weight
bearing in boot only and perform range of motion exercises as directed without
resistance.

P-MEDICATION RECONCILIATION REVIEW:
   Outpatient Medication Review
     Current Medications
     Active Outpatient Medications (including Supplies):


        Active Outpatient Medications                  Status
     =============================================================
     ======
     1)    HYDROcodone 10/APAP 325MG TAB**** TAKE 1 TABLET BY      ACTIVE
           MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN
     2)    LACTOBACILLUS CAP TAKE 1 CAPSULE BY MOUTH EVERY DAY     ACTIVE
           (BEST IF REFRIGERATED AFTER OPENING)
     3)    MEPERIDINE 25MG SYRINGE INJECT 25MG IVP Q10M AS         ACTIVE
           NEEDED MAY REPEAT DEMEROL 25MG IV EVERY 10 MINUTES
           PRN PAIN.  MAXIMUM TOTAL DOSE  200 MG.  FOR PACU
           ONLY.
     4)    MULTIVITS W/MINERALS TAB/CAP (NO VIT K) TAKE 1 TABLET   ACTIVE
           BY MOUTH EVERY DAY
     5)    SUMAtriptan SUCCINATE 6MG/0.5ML RFL KIT INJECT ONE      ACTIVE
           DOSE UNDER SKIN AT ONSET OF HEADACHE, MAY REPEAT IN
           2 HOURS, FOR MIGRAINE
```
Above medication list reviewed with patient/caregiver and no
discrepancies noted.
Reconciled medication list given to patient/caregiver at the end of
visit.
Patient/caregiver encouraged to share reconciled list of medications
with all other providers involved in patient's care.
Patient/caregiver encouraged to keep reconciled medication list
updated and carry the list with them at all times in case of
emergency.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA ███████████████ | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

```
/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Signed: 08/27/2015 15:14
```

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

```
LOCAL TITLE: PODIATRY NOTE
STANDARD TITLE: PODIATRY NOTE
DATE OF NOTE: SEP 10, 2015@08:12    ENTRY DATE: SEP 10, 2015@08:12:35
    AUTHOR: HAMMERSLEY,BRADLEY   EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED
```

s-pt rtc sp flatfoot correction with repair of tibialis posterior tendon, calcaneal slide ostetomy and achilles tendon lengthening and resection of tarsal tunnel all left foot. pt is about 4 weeks sp. he has been ambulating in boot for one week using walker.  pt states he has some tenderness in his heel and requests cushioned heel
o-nvsi, wound margins are well-coapted, steri strips intact. no signs of infection, correction is maintained. some residual edema and tenderness posterior left achilles.  pt is able to actively dorsiflex and evert his foot slightly all left foot.
a-flatfoot condition sp correction healing well x 10 days
p-performed e&m, continue boot, pt may ambulate to tolerance in boot only. pt ordered PT to improve range of motion and work harden.
    P-MEDICATION RECONCILIATION REVIEW:
        Outpatient Medication Review
            Current Medications
            Active Outpatient Medications (including Supplies):

```
            Active Outpatient Medications              Status
            ==================================================================
            ======
    1)    LACTOBACILLUS CAP TAKE 1 CAPSULE BY MOUTH EVERY DAY    ACTIVE
            (BEST IF REFRIGERATED AFTER OPENING)
    2)    MULTIVITS W/MINERALS TAB/CAP (NO VIT K) TAKE 1 TABLET  ACTIVE
            BY MOUTH EVERY DAY
    3)    SUMAtriptan SUCCINATE 6MG/0.5ML RFL KIT INJECT ONE     ACTIVE
            DOSE UNDER SKIN AT ONSET OF HEADACHE, MAY REPEAT IN
            2 HOURS, FOR MIGRAINE
```
Above medication list reviewed with patient/caregiver and no discrepancies noted.
Reconciled medication list given to patient/caregiver at the end of visit.
Patient/caregiver encouraged to share reconciled list of medications with all other providers involved in patient's care.
Patient/caregiver encouraged to keep reconciled medication list updated and carry the list with them at all times in case of emergency.

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Signed: 09/10/2015 13:57

---

# Progress Notes

```
LOCAL TITLE: PODIATRY NOTE
STANDARD TITLE: PODIATRY NOTE
DATE OF NOTE: OCT 13, 2015@10:02      ENTRY DATE: OCT 13, 2015@10:02:25
     AUTHOR: HAMMERSLEY,BRADLEY    EXP COSIGNER:
     URGENCY:                                STATUS: COMPLETED
```

s-pt is now 10 weeks sp calcaneal slide osteotomy and repair of tibialis
posterior tendon and release of tarsal coalition left foot. pt has been in his
boot. pt states he is happy that his foot feels better and is glad he did the
procedure. pt is still progressing with physical therapy. pt states he would
like to pursue right foot correction.

o-nvsi, improved arch and gait with some residual flatfoot deformity that is now
reducible and braceable.pt is able to dorsiflex to beyond 90degrees with foot in
neutral and midfoot max pronated. xrays show good healing of osteotomy with
prominent screw posterior left foot and visible step off lateral left foot.
Kites angle decreased from 26 to 18 degrees weightbearing.

a-flat foot deformity sp calcaneal osteotomy, repair of tibialis posterior,and
resection of tarsal coalition and gastroc recession.

p-performed e&m, ordered and reviewed x-rays, d/c'd boot dispense ankle brace
left medium, sent info for pre-anesthesia work up.ordered orthoses. and
shoegear.

  P-MEDICATION RECONCILIATION REVIEW:
    Outpatient Medication Review
      Current Medications
      Active Outpatient Medications (including Supplies):

```
        Active Outpatient Medications                       Status
======================================================================
=====
   1)   LACTOBACILLUS CAP TAKE 1 CAPSULE BY MOUTH EVERY DAY   ACTIVE
          (BEST IF REFRIGERATED AFTER OPENING)
   2)   MULTIVITS W/MINERALS TAB/CAP (NO VIT K) TAKE 1 TABLET  ACTIVE
          BY MOUTH EVERY DAY
   3)   NAPROXEN 500MG TAB(M) TAKE ONE TABLET BY MOUTH TWICE   ACTIVE
          A DAY FOR PAIN OR INFLAMMATION
   4)   SUMAtriptan SUCCINATE 6MG/0.5ML RFL KIT INJECT ONE     ACTIVE
          DOSE UNDER SKIN AT ONSET OF HEADACHE, MAY REPEAT IN
          2 HOURS, FOR MIGRAINE
   5)   TraMADol HCL 50MG TAB* TAKE ONE TABLET BY MOUTH THREE  ACTIVE
          TIMES DAILY FOR PAIN
```

Above medication list reviewed with patient/caregiver and no
discrepancies noted.
Reconciled medication list given to patient/caregiver at the end of
visit.
Patient/caregiver encouraged to share reconciled list of medications
with all other providers involved in patient's care.
Patient/caregiver encouraged to keep reconciled medication list
updated and carry the list with them at all times in case of
emergency.

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)** | **VISTA Electronic Medical Documentation**

MINOR,VINSCENT DURYA

Printed at MARION VA MEDICAL CENTER

00000543

# Progress Notes

Printed On Nov 26, 2019

```
/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Signed: 10/13/2015 10:25
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

MINOR,VINSCENT DURYA

VISTA Electronic Medical Documentation

Printed at MARION VA MEDICAL CENTER

# Progress Notes

```
LOCAL TITLE: REHAB REASSESSMENT NOTE
STANDARD TITLE: PHYSICAL MEDICINE REHAB OUTPATIENT NOTE
DATE OF NOTE: OCT 13, 2015@09:11     ENTRY DATE: OCT 13, 2015@09:11:41
     AUTHOR: SEBASTIAN,REY          EXP COSIGNER: HAMMERSLEY,BRADLEY R
     URGENCY:                       STATUS: COMPLETED
```

Subjective:
     Pt reports he just came from podiatry appointment and doctor has discontinued
wearing of boot and was fitted with an ankle brace. Per pt, doctor commented he
is "right where he should be" as far as progress of ankle. Pt states he
continues with his HEP "everyday, all day."

Please refer to pt CPRS coversheet for further details and history.

Physical therapy goals: to increase L ankle AROM, decrease L ankle pain; pt will
be educated/trained on home exercise program (HEP)

Pt goals: When can I go back (pt mimicing shooting a basketball).

Objective:
     Pain intensity: not assessed (previously 5/10) L ankle region during AROM
especially over medial malleolus region during inversion
               (pain scale: 0/10=no pain; 10/10=worst pain possible )
     Joint mobility/Range of Motion (ROM): bilateral lower extremities (BLE)
grossly within functional limits except:
                    (taken with knee in extended)
          L ankle AROM DF-PF: 85deg - 134deg (previously 84deg - 125deg)
               (taken with knee flexed)
          L ankle inversion 0deg- 14deg (previously 0deg - 10deg)
          L ankle eversion 0deg - 28deg (previously 0deg - 20deg)

          (R ankle AROM DF-PF: 80deg - 125deg)
          (R ankle AROM inversion 0deg - 45deg)
          (R ankle AROM eversion 0deg - 32deg)
     Manual muscle testing MMT: bilateral lower extremities (BLE) grossly graded
5/5 except L knee 4/5, L ankle 3/5 (previously 3-/5)
     Gait: modified independent community ambulation using knee cart with
limitations related to severity if pain; able to ambulate short distances with
no assistive device, moderate LLE antalgic pattern
     Cognition level: alert, pleasant/cooperative, able to follow multi-step
commands and recall information/instructions, and motivated to improve  L ankle
mobility and decrease pain/perform  HEP

Assessment:
     Continuing on making gains in increasing his L ankle AROM. Pt presents with
impairments including pain over L ankle region, tightness with limited active
ROM L ankle in all planes of motion including DF/PF/eversion/inversion.

10/13/15 short term goals in 4wks
1. pt will increase L ankle DF-PF AROM to 80deg - 125deg

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

2. increase L ankle inversion active ROM 0deg - 20deg, eversion active ROM to 0deg - 32deg

3. pt will increase L ankle strength to 3+/5 to facilitate return to normal function

4. pt will be independent in completion of L ankle HEP, upgraded as appropriate

10/13/15 long term goals as per STGs

Plan:
    Continue PT 2x in 4wks for therapeutic exercises, manual therapy, and ultrasound to treat L ankle tightness s/p flat foot correction.
    Pt received ultrasound to L Achille's/posterior tibialis region at 50% pulsed x10mins at 1.0w/cm2 intensity and 1Mhz frequency while prone and static sustained stretch applied by PT. Pt tolerated this procedure well.
    Pt was also issued a standard cane to ease his transition with ambulation especially with d/c of boot and pt now only wearing soft ankle brace. Pt demonstrated good understanding on proper gait sequence and care of device.

1 standard single point cane
Item #: M121-019B
Vendor: Mercer County Rehab

    Added new exercises to pt's HEP with updated copy given ot pt; he demonstrated good understanding on this: standing gatrconemius stretch, standing soleus stretch; strengthening exercises using blue theraband to increase PF, DF, evertors, and invertors strength.
    HEP already establised which pt is expected to continue: toe curls, ankle alphabet, ankle DF/PF,eversion/inversion self-stretches, Achille's then soleus stretches using towel. Reiterated to pt importance of completing exercises in pain-free range only.

Total session time x55mins
97002 x20mins
97035 x10mins
97140 x25mins

/es/ REY SEBASTIAN
PHYSICAL THERAPIST
Signed: 10/13/2015 09:56

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Cosigned: 10/13/2015 10:01

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

Printed On Nov 26, 2019

```
LOCAL TITLE: REHAB REASSESSMENT NOTE
STANDARD TITLE: PHYSICAL MEDICINE REHAB OUTPATIENT NOTE
DATE OF NOTE: NOV 09, 2015@08:30     ENTRY DATE: NOV 09, 2015@08:31:13
    AUTHOR: SEBASTIAN,REY        EXP COSIGNER: HAMMERSLEY,BRADLEY R
    URGENCY:                          STATUS: COMPLETED
```

Subjective:
    Pt reports he's been working on his HEP as previously implemented, that his
wife helps ensure he completes them daily. Reports he takes pain medications
only if he absolutely has to, otherwise he skips it. Pt came into PT clinic
ambulatory using standard cane. Pt has follow-up podiatrist appt 11/16/15.

Pt goals: When can I go back (pt mimicing shooting a basketball).

Objective:
    Pain intensity: 5/10 L ankle region during AROM; over area anterior to
medial malleolus during inversion and over area anterior to lateral malleolus
during eversion
        (pain scale: 0/10=no pain; 10/10=worst pain possible)
    Joint mobility/Range of Motion (ROM): bilateral lower extremities (BLE)
grossly within functional limits except:
            (taken with knee in extended)
        L ankle AROM DF-PF: 83deg - 132deg (previously 85deg - 132deg)
            (taken with knee flexed)
        L ankle inversion 0deg- 22deg (previously 0deg - 19deg)
        L ankle eversion 0deg - 34deg (previously 0deg - 23deg)

        (R ankle AROM DF-PF: 80deg - 125deg)
        (R ankle AROM inversion 0deg - 45deg)
        (R ankle AROM eversion 0deg - 32deg)
    Manual muscle testing MMT: bilateral lower extremities (BLE) grossly graded
5/5 except L knee 4/5, L ankle 3+/5 except ankle inversion 3-/5
    Gait: modified independent community ambulation using standard cane with
mild limp LLE with limitations related to severity of pain
    Cognition level: alert, pleasant/cooperative, able to follow multi-step
commands and recall information/instructions, and motivated to improve  L ankle
mobility and decrease pain/perform  HEP

Assessment:
    Continuing on making gains in increasing his L ankle AROM. Pt presents with
impairments including pain over L ankle region, tightness with limited active
ROM L ankle in all planes of motion especially inversion/eversion.

11/09/15 short term goals in 4wks
1. pt will increase L ankle DF-PF AROM to 80deg - 134deg

2. increase L ankle inversion active ROM 0deg - 20deg, eversion active ROM to
0deg - 32deg --- partially met 11/09/15

new goal 2.1 increase L ankle inversion active ROM 0deg - 28deg, eversion active

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

MINOR,VINSCENT DURYA

Printed at MARION VA MEDICAL CENTER

# Progress Notes

ROM to 0deg – 38deg

3. pt will increase L ankle strength to 3+/5 to facilitate return to normal function --- partially met 11/09/15

new goal 3.1 pt will increase L ankle strength to 4-/5 except inversion 3/5 to facilitate return to normal function

4. pt will be independent in completion of L ankle HEP, upgraded as appropriate --- ongoing

11/09/15 long term goals as per STGs

Plan:
    Extend PT 2x in 4wks for therapeutic exercises, manual therapy, and ultrasound to treat L ankle tightness s/p flat foot correction surgery.
    Pt received ultrasound to L medial and lateral malleoli region x8mins each at 100% pulsed at 1.0w/cm2 intensity and 1Mhz frequency while supine and static sustained stretch applied by PT into eversion and inversion, respectively. Pt performed L ankle resistive exercises using blue theraband in DF/eversion/inverion ranges. Pt tolerated this well.
    HEP already established which pt is expected to continue: toe curls, ankle alphabet, ankle DF/PF,eversion/inversion self-stretches, Achille's then soleus stretches using towel and while standing; strengthening exercises using blue theraband in PF, DF. eversion, and inversion ranges. Reiterated to pt importance of completing exercises in pain-free range only.
    Discussed with pt to discuss with podiatrist his concern of persistent medial and lateral L ankle pain on next follow-up and he concurs.

Total session time x49mins
97002 x20mins
97035 x16mins
97140 x13mins


/es/ REY SEBASTIAN
PHYSICAL THERAPIST
Signed: 11/09/2015 12:13

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Cosigned: 11/09/2015 15:20

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

MINOR,VINSCENT DURYA

**VISTA Electronic Medical Documentation**

Printed at MARION VA MEDICAL CENTER

# Progress Notes

Printed On Nov 26, 2019

```
LOCAL TITLE: PODIATRY NOTE
STANDARD TITLE: PODIATRY NOTE
DATE OF NOTE: NOV 16, 2015@07:50    ENTRY DATE: NOV 16, 2015@07:51:03
    AUTHOR: HAMMERSLEY,BRADLEY  EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED
```

s-pt rtc for follow regarding left foot surgery, flatfoot recon left. pt states
he has minimal edema and is satisfied with correction. pt states he is walking
on uneven terrain and climbing ladders. he states he has pain medial and lateral
but well controlled with meds when doing normal activities. tenderness noted at
sinus tarsi and along tibialis posterior tendon left. pt states he is ready to
increase physical therapy and proceed with right foot. pt has completed
o-no open lesions, well formed cicatrices.
vasc: dp and pt  2/4 bilateral cft wnl, minimal edema left foot.
neuro:intact to s/d,vibratory with normal dtr achilles and patellar tendons
bilateral
m/s: tenderness to palpation at sinus tarsi left foot.some limited inversion of
stj but still moveable. tenderness along tibialis posterior repair but minimal
residual edema. pt able to do double limb support toe raise with ease but
slightly delayed on single limb left, able to complete the exercise with minimal
discomfort.
a-pes planus, sp correction left, pes planus right.
p-performed e&m, discussed treatment options. plan surgical correction  right
foot asap pending pre-anesthesia work up. plan calcaneal osteotomy, tibialis
posterior tendon  repair/transfer, gastroc recession and resection tarsal
coalition with interpositional graft. ordered materials from prosthetics.

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Signed: 11/16/2015 09:53

---

# Progress Notes

Printed On Nov 26, 2019

```
LOCAL TITLE: PHYSICAL THERAPY NOTE
STANDARD TITLE: PHYSICAL THERAPY NOTE
DATE OF NOTE: NOV 23, 2015@08:38    ENTRY DATE: NOV 23, 2015@08:38:33
    AUTHOR: SEBASTIAN,REY        EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED
```

Subjective:
    Pt had follow-up appointment with podiatrist about a week ago and it appears pt is progressing well with L ankle rehabilitation. Per pt, he was told that the persistent ankle pain on medial aspect during inversion and vice-versa likely is part of his healing and will improve over time. Pt reports also that he is just waiting to be called to have same surgery to his R foot/ankle. Pt reports he continues with his HEP daily; he tried on an old shoe insert in L shoe and reports this provided him excellent support that he was able to tolerate ambulating without the cane today. Encouraged pt to talk to Orthotics about this insert and pt concurred.

Pt goals: When can I go back (pt mimicing shooting a basketball).

Objective:
    Pain: on L ankle region during AROM; over area anterior to medial malleolus during inversion and over area anterior to lateral malleolus during eversion
    Joint mobility/Range of Motion (ROM): bilateral lower extremities (BLE) grossly within functional limits except:
                    (taken with knee in extended)
          L ankle AROM DF-PF: 83deg - 132deg (previously 83deg - 132deg)
            (taken with knee flexed)
          L ankle inversion 0deg- 22deg (previously 0deg - 22deg)
          L ankle eversion 0deg - 25deg (previously 0deg - 34deg)

          (R ankle AROM DF-PF: 80deg - 125deg)
          (R ankle AROM inversion 0deg - 45deg)
          (R ankle AROM eversion 0deg - 32deg)
    Manual muscle testing MMT: bilateral lower extremities (BLE) grossly graded 5/5 except:
          L knee 4/5
          L ankle PF/DF/eversion 3+/5
          L ankle inversion 3-/5
    Gait: modified independent community ambulation without assistive device, mild antalgic pattern LLE with limitations related to severity of pain
    Cognition level: alert, pleasant/cooperative, able to follow multi-step commands and recall information/instructions, and motivated to improve  L ankle mobility and decrease pain/perform  HEP

Assessment:
    Pt continues to present with impairments including pain over L ankle region, decreased L ankle strength, and tightness with limited active ROM L ankle in all planes of motion especially inversion/eversion.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER

# Progress Notes

11/09/15 short term goals in 4wks
1. pt will increase L ankle DF-PF AROM to 80deg - 134deg - ongoing

2. increase L ankle inversion active ROM 0deg - 20deg, eversion active ROM to
0deg - 32deg --- partially met 11/09/15

new goal 2.1 increase L ankle inversion active ROM 0deg - 28deg, eversion active
ROM to 0deg - 38deg

3. pt will increase L ankle strength to 3+/5 to facilitate return to normal
function --- partially met 11/09/15

new goal 3.1 pt will increase L ankle strength to 4-/5 except inversion 3/5 to
facilitate return to normal function

4. pt will be independent in completion of L ankle HEP, upgraded as appropriate
--- ongoing

11/09/15 long term goals as per STGs

Plan:
    Extend PT 2x in 4wks for therapeutic exercises, manual therapy, and
ultrasound to treat L ankle tightness s/p flat foot correction surgery.
    Pt received ultrasound to L medial and lateral malleoli region x8mins each
continuous mode at 1.0w/cm2 intensity and 1Mhz frequency while supine and static
sustained stretch applied by PT into eversion and inversion, respectively.
    Pt completed manual therapy: ankle stretch L using Prostretch equipment x3
reps hold x1minute; pt then completed exercises using BAPS board level 1 with
initially with UE support then without.
    Completed and educated on following therapeutic exercises to be added to his
HEP: standing heel raises (double and single) with and without UE support; and
exercises to improve ankle stability and proprioception: ankle stability clock
reach (standing on L leg and reach for cones set at 9, 12, and 3
o'clock with opposite upper extremity), and started on low-level lateral hop and
hold (stand on L leg and hop to R as high as possible and landing on R leg,
repeat). Cautioned pt to gradually progress his exercises to tolerance only and
he verbalized good understanding. Recommended pt apply an ice pack on his ankle
post-exercises to help control swelling and pain.
    HEP already established which pt is expected to continue: toe curls, ankle
alphabet, ankle DF/PF, eversion/inversion self-stretches, Achille's then soleus
stretches using towel and while standing; strengthening exercises using blue
theraband in PF, DF. eversion, and inversion ranges. Reiterated to pt importance
of completing exercises in pain-free range only.
    Pt requested and was issued the following replacement compression stockings:

2 pr Truform below knee closed toe stocking
20-30mmHg compression
Item #:8865WH-L
size: large
Vendor: SR Kent

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

```
Total session time x64mins
97110 x36mins
97035 x16mins
97140 x12mins


/es/ REY SEBASTIAN
PHYSICAL THERAPIST
Signed: 11/23/2015 09:22
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

MINOR,VINSCENT DURYA

VISTA Electronic Medical Documentation

Printed at MARION VA MEDICAL CENTER

# Progress Notes

LOCAL TITLE: REHAB REASSESSMENT NOTE
STANDARD TITLE: PHYSICAL MEDICINE REHAB OUTPATIENT NOTE
DATE OF NOTE: DEC 07, 2015@13:01    ENTRY DATE: DEC 07, 2015@13:01:41
    AUTHOR: SEBASTIAN,REY       EXP COSIGNER: HAMMERSLEY,BRADLEY R
    URGENCY:                      STATUS: COMPLETED

Subjective:
    Pt expressed frustration how L ankle pain and decreased mobility impact his
overall activity. Pt reports, "I just want to have a normal life." Pt c/o that,
"If I stand up for 2 hrs, I have to stop, sit down, and rest. Pt was wearing new
orthopedic shoes with prescribed custom inserts. Pt reports he's been working on
his HEP including the new ones added last treatment, stating he completes them
"to the 10th power."

Pt goals: When can I go back (pt mimicing shooting a basketball).

Objective:
    Pain: on L ankle region during AROM and over Achille's tendon insertion
after during stretch; over area anterior to medial malleolus during inversion
and over area anterior to lateral malleolus
during eversion
    Joint mobility/Range of Motion (ROM): bilateral lower extremities (BLE)
grossly within functional limits except:
                    (taken with knee in extended)
            L ankle AROM DF-PF: 83deg - 132deg (previously 83deg - 132deg)
              (taken with knee flexed)
            L ankle inversion 0deg- 22deg (previously 0deg - 22deg)
            L ankle eversion 0deg - 24deg (previously 0deg - 25deg)

            (R ankle AROM DF-PF: 80deg - 125deg)
            (R ankle AROM inversion 0deg - 45deg)
            (R ankle AROM eversion 0deg - 32deg)
    Manual muscle testing MMT: bilateral lower extremities (BLE) grossly graded
5/5 except:
            L knee 4/5
            L ankle PF/DF/eversion 3+/5
            L ankle inversion 3-/5
    Gait: modified independent community ambulation without assistive device,
mild antalgic pattern LLE with limitations related to severity of pain
    Cognition level: alert, pleasant/cooperative, able to follow multi-step
commands and recall information/instructions, and motivated to improve  L ankle
mobility and decrease pain/perform  HEP

Assessment:
    Pt continues to present with impairments including pain over L ankle
region, decreased L ankle strength, and tightness with limited active ROM L
ankle in all planes of motion especially inversion/eversion.

11/09/15 short term goals in 4wks
1. pt will increase L ankle DF-PF AROM to 80deg - 134deg - ongoing

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER

# Progress Notes

2. increase L ankle inversion active ROM 0deg - 20deg, eversion active ROM to
0deg - 32deg --- partially met 11/09/15

new goal 2.1 increase L ankle inversion active ROM 0deg - 28deg, eversion active
ROM to 0deg - 38deg

3. pt will increase L ankle strength to 3+/5 to facilitate return to normal
function --- partially met 11/09/15

new goal 3.1 pt will increase L ankle strength to 4-/5 except inversion 3/5 to
facilitate return to normal function

4. pt will be independent in completion of L ankle HEP, upgraded as appropriate
--- ongoing

11/09/15 long term goals as per STGs

Plan:
    Extend PT 2x in 4wks for therapeutic exercises, manual therapy, and
ultrasound to treat L ankle tightness s/p flat foot correction surgery.
    Pt received manual therapy including L ankle joint mobilization grade 2
(distration with anterior then posterior glide) and he tolerated this well. Pt
then received ultrasound to L medial and lateral malleoli region x8mins each
continuous mode at 1.0w/cm2 intensity and 1Mhz frequency while supine and static
sustained stretch applied by PT into eversion and inversion, respectively. Pt
reports his ankle felt better, less painful, more mobile after therapy this
date.
    Pt performed further stretches to L ankle using True Stretch equipment to
increase ankle DF, used Fitterfirst rocker board standing on LLE only while
controlling inversion/eversion range and facilitating safe stretch.
    HEP already established which pt is expected to continue: standing heel
raises (single and double), ankle stability clock reach exer, low-level lateral
hop and hold, toe curls, ankle alphabet, ankle DF/PF,eversion/inversion self-
stretches, Achille's then soleus stretches using towel and while standing;
strengthening exercises using blue theraband in PF, DF. eversion, and inversion
ranges. Reiterated to pt importance of completing exercises in pain-free range
only.

THE PROVIDER IS BEING ASKED TO COSIGN THIS DOCUMENT. THE COSIGNER CONCURS WITH
THE NEED FOR THESE SERVICES FURNISHED UNDER THIS PLAN OF TREATMENT AND WHILE
UNDER HIS/HER CARE. IF THE COSIGNER DOES NOT CONCUR, THE COSIGNER WILL ENTER AN
"ADDENDUM" TO THIS CONSULT.

Total session time x62mins
97002 x16mins
97035 x16mins
97140 x30mins

/es/ REY SEBASTIAN

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

```
PHYSICAL THERAPIST
Signed: 12/07/2015 14:14

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Cosigned: 12/14/2015 15:25
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

MINOR,VINSCENT DURYA

**VISTA Electronic Medical Documentation**

Printed at MARION VA MEDICAL CENTER

# Progress Notes

LOCAL TITLE: REHAB REASSESSMENT NOTE
STANDARD TITLE: PHYSICAL MEDICINE REHAB OUTPATIENT NOTE
DATE OF NOTE: JAN 11, 2016@12:46     ENTRY DATE: JAN 11, 2016@12:46:48
   AUTHOR: SEBASTIAN,REY          EXP COSIGNER: HAMMERSLEY,BRADLEY R
   URGENCY:                            STATUS: COMPLETED

Subjective:
    Pt reports that he feels, "Nothing's changed," with his ankle. Pt continues
to consistently c/o significant pain over medial and lateral aspect of L ankle
during active inversion or eversion ranges. Reports that pain is generally less
or absent during passive range but worse with active ROM. Pt reports he
performed stretches/received massage to L ankle prior to coming to therapy and
he was walking fine with no pain or cane. However, by the time he got here after
the long drive, he could hardly walk and having severe pain. Pt's spouse c/o
that she feels like there is a "screw" over his Achille's tendon insertion and
pt c/o that this area is tender. Pt came into clinic ambulatotyr using standard
cane.

Pt goals: When can I go back (pt mimicing shooting a basketball).

Objective: Pain L ankle
  Sep18    Sep30   Oct13   Oct26   Nov09   Nov23   Dec07   Dec21   Jan11
6/10-7/10  5/10    N/T     7/10    5/10    N/T     N/T     N/T     5/10

Pt c/o 8/10 pain level during endrange active ROM or when he starts walking;
pain is on L ankle region over area anterior to medial malleolus during
inversion and over area anterior to lateral malleolus during eversion
    Joint mobility/Range of Motion (ROM): bilateral lower extremities (BLE)
grossly within functional limits except:

       L ankle AROM DF-PF (taken with knee in extended)
   Sep18       Sep30   Oct13   Oct26   Nov09   Nov23   Dec07   Dec21   Jan11
98deg-122deg  84-125   85-134  85-132  83-132  83-132  83-132  82-132  84-132

       L ankle AROM INVERSION(taken with knee flexed):
Sep18   Sep30     Oct13   Oct26   Nov09   Nov23   Dec07   Dec21   Jan11
N/T     0deg-10deg  0-14   0-19    0-22    0-22    0-22    0-18    0-16

       L ankle AROM EVERSION(taken with knee flexed):
Sep18   Sep30     Oct13   Oct26   Nov09   Nov23   Dec07   Dec21   Jan11
N/T     0deg-20deg  0-28   0-23    0-34    0-25    0-24    0-21    0-22

  (Baseline for R ankle AROM DF-PF: 80deg - 125deg)
            (R ankle AROM inversion 0deg - 45deg)
            (R ankle AROM eversion 0deg - 32deg)
    Manual muscle testing MMT: bilateral lower extremities (BLE) grossly graded
5/5 except:
            L knee 4/5
            L ankle PF/DF 3+/5
            L ankle eversion 3-/5 (previously 3+/5)

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
MINOR,VINSCENT DURYA

VISTA Electronic Medical Documentation
Printed at MARION VA MEDICAL CENTER

# Progress Notes

L ankle inversion 2/5 (previously 3-/5)
    Gait: modified independent community ambulation using standard cane, mild antalgic pattern LLE with limitations related to severity of pain
    Cognition level: alert, pleasant/cooperative, able to follow multi-step commands and recall information/instructions, and motivated to improve  L ankle mobility and decrease pain/perform HEP

Assessment:
    Impairments remain including persistent pain over L ankle region, decreased L ankle strength, and tightness with limited active ROM L ankle in all planes of motion especially inversion/eversion.  (Pt is s/p surgery 07/31/15 L flatfoot correction with repair of tibialis posterior tendon, calcaneal slide ostetomy and achilles tendon lengthening and resection of tarsal tunnel).

01/11/16 short term goals in 4wks
1. pt will increase L ankle DF-PF AROM to 80deg - 134deg - max potential reached 01/11/16

2. increase L ankle inversion active ROM 0deg - 20deg, eversion active ROM to 0deg - 32deg --- partially met 11/09/15

new goal 2.1 increase L ankle inversion active ROM 0deg - 28deg, eversion active ROM to 0deg - 38deg

3. pt will increase L ankle strength to 3+/5 to facilitate return to normal function --- partially met 11/09/15

new goal 3.1 pt will increase L ankle strength to 4-/5 except inversion 3/5 to facilitate return to normal function

4. pt will be independent in completion of L ankle HEP, upgraded as appropriate --- ongoing

01/11/16 long term goals as per STGs

Plan:
    Continue PT 2x in 4wks for therapeutic exercises, manual therapy, and ultrasound to treat L ankle tightness s/p flat foot correction surgery.
    Pt received continuous ultrasound to L medial and lateral malleoli region x8mins each at 1.0w/cm2 intensity and 3.3Mhz frequency while supine and static sustained stretch applied by PT into eversion and inversion, respectively. Pt reeducated on performance of his HEP: only thru pain-free range.
    Recommended pt perform standing L ankle PF stretches for gastrocnemius with knee extended and flexed daily. Recommended he perform 2-3x/wk only: L ankle stability exercises via single leg standing. Reiterated to pt importance of completing exercises in pain-free range, he verbalized understanding.

Total session time x64mins
97002 x28mins
97035 x16mins

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

```
97140 x20mins

/es/ REY SEBASTIAN
PHYSICAL THERAPIST
Signed: 01/12/2016 08:33

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Cosigned: 01/12/2016 15:21
```

# Progress Notes

```
LOCAL TITLE: PODIATRY NOTE
STANDARD TITLE: PODIATRY NOTE
DATE OF NOTE: JAN 21, 2016@15:40    ENTRY DATE: JAN 21, 2016@15:40:23
   AUTHOR: HAMMERSLEY,BRADLEY   EXP COSIGNER:
   URGENCY:                           STATUS: COMPLETED
```

s-pt rtc for follow regarding left foot surgery, flatfoot recon left. pt states
he has been getting increased pain and difficulty walking over the past
month. pt states he was doing well but now has more pain over dorsolateral
left foot and some tenderness posterior left heel. toe raises are painful to
same areas left foot. pt states pain is worse.
o-no open lesions, well formed cicatrices.
vasc: dp and pt  2/4 bilateral cft wnl, no edema left foot.
neuro:intact to s/d,vibratory with normal dtr achilles and patellar tendons
bilateral
m/s: tenderness to palpation at anterior process calcaneus left foot.some
limited inversion of stj but still moveable. tenderness along tibialis
posterior repair but minimal residual edema. pt has more pain on double limb
support toe raise and has not improved single limb support toe raise due to
pain
discomfort.
xrays show anterior process fracture left calcaneus, nondisplaced, and
prominent screw posterior left calcaneus
a-pes planus, sp correction left, pes planus right. calcaneal fracture.
p-performed e&m, plan hardware removal. pt to return to boot. follow up in
one month.
  P-MEDICATION RECONCILIATION REVIEW:
   Outpatient Medication Review
    Current Medications
    Active Outpatient Medications (including Supplies):

```
        Active Outpatient Medications                    Status
     ==================================================================
     =====
  1)   CETIRIZINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE
         EVERY DAY FOR ALLERGIES
  2)   CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE TWO        ACTIVE
         TABLETS BY MOUTH EVERY DAY FOR VITAMIN (D)
         DEFICIENCY
  3)   LACTOBACILLUS CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY  ACTIVE
         (BEST IF REFRIGERATED AFTER OPENING)
  4)   MULTIVITS W/MINERALS TAB/CAP (NO VIT K) TAKE 1 TABLET  ACTIVE
         BY MOUTH EVERY DAY
  5)   NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A    ACTIVE
         DAY FOR PAIN OR INFLAMMATION
  6)   OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
         TWICE A DAY FOR THE STOMACH.  TAKE BEFORE A MEAL.
  7)   SUMAtriptan SUCCINATE 6MG/0.5ML RFL KIT INJECT ONE     ACTIVE
         DOSE UNDER SKIN AT ONSET OF HEADACHE, MAY REPEAT IN
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

Printed On Nov 26, 2019

```
         2 HOURS, FOR MIGRAINE
8)    TraMADol HCL 50MG TAB* TAKE ONE TABLET BY MOUTH THREE   ACTIVE
         TIMES DAILY FOR PAIN
```
Above medication list reviewed with patient/caregiver and no
discrepancies noted.
Reconciled medication list given to patient/caregiver at the end of
visit.
Patient/caregiver encouraged to share reconciled list of medications
with all other providers involved in patient's care.
Patient/caregiver encouraged to keep reconciled medication list
updated and carry the list with them at all times in case of
emergency.

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Signed: 01/21/2016 15:53

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

MINOR,VINSCENT DURYA

**VISTA Electronic Medical Documentation**

Printed at MARION VA MEDICAL CENTER .

# Progress Notes

```
LOCAL TITLE: PODIATRY NOTE
STANDARD TITLE: PODIATRY NOTE
DATE OF NOTE: FEB 18, 2016@08:04    ENTRY DATE: FEB 18, 2016@08:04:14
    AUTHOR: HAMMERSLEY,BRADLEY   EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
```

s-pt rtc to follow up regarding recent VCL authorization and scheduled procedure
in Kokomo on Monday. pt states he is happy to proceed with hardware removal but
wanted to speak to me personally regarding the situation. pt states he was given
an injection to lateral left foot that seemed to help with his pain.
o-integ: no open lesions, well formed cicatrices.
vasc: no change
neuro: no change
m/s: less tenderness over lateral left foot. tenderness to posterior aspect.
a-prominent hardware and anterior process fracture calcaneus, healing
p-discussed care with patient, educated pt on VCL process and intent. pt states
he plans to keep his appt. pt to follow up in the future pending healing of next
procedure.
    P-MEDICATION RECONCILIATION REVIEW:
    Outpatient Medication Review
       Current Medications
       Active Outpatient Medications (including Supplies):

          Active Outpatient Medications                         Status
          =================================================================
          =====
       1)  CETIRIZINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
              EVERY DAY FOR ALLERGIES
       2)  CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE TWO       ACTIVE
              TABLETS BY MOUTH EVERY DAY FOR VITAMIN (D)
              DEFICIENCY
       3)  LACTOBACILLUS CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY ACTIVE
              (BEST IF REFRIGERATED AFTER OPENING)
       4)  MOVIPREP (COLON ELEC LAVAGE PWD)FOR SOLN TAKE 2       ACTIVE
              PACKETS BY MOUTH AS DIRECTED FOR PREP THE EVENING
              BEFORE AND MORNING OF PROCEDURE (MIXED & CHILLED
              PER PACKAGE INSTRUCTIONS) *** (BRAND NAME ONLY) ***
       5)  MULTIVITS W/MINERALS TAB/CAP (NO VIT K) TAKE 1 TABLET ACTIVE
              BY MOUTH EVERY DAY
       6)  OMEPRAZOLE 20MG EC CAP TAKE TWO CAPSULES BY MOUTH     HOLD
              TWICE A DAY FOR THE STOMACH.  TAKE BEFORE A MEAL.
       7)  SUCRALFATE 1GM TAB TAKE ONE TABLET BY MOUTH FOUR      ACTIVE
              TIMES DAILY FOR STOMACH BEFORE MEALS AND AT BEDTIME
       8)  SUMAtriptan SUCCINATE 6MG/0.5ML RFL KIT INJECT ONE    ACTIVE
              DOSE UNDER SKIN AT ONSET OF HEADACHE, MAY REPEAT IN
              2 HOURS, FOR MIGRAINE
       9)  TraMADol HCL 50MG TAB* TAKE ONE TABLET BY MOUTH THREE ACTIVE
              TIMES DAILY FOR PAIN
       Above medication list reviewed with patient/caregiver and no
       discrepancies noted.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MINOR,VINSCENT DURYA | Printed at MARION VA MEDICAL CENTER |

# Progress Notes

Reconciled medication list given to patient/caregiver at the end of
visit.
Patient/caregiver encouraged to share reconciled list of medications
with all other providers involved in patient's care.
Patient/caregiver encouraged to keep reconciled medication list
updated and carry the list with them at all times in case of
emergency.

/es/ BRADLEY R HAMMERSLEY, DPM
PODIATRIST
Signed: 02/18/2016 08:10

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

MINOR,VINSCENT DURYA

**VISTA Electronic Medical Documentation**

Printed at MARION VA MEDICAL CENTER