# Exhibit 4

**F. Will my claim automatically be granted?**

No, certain facts must be established and legal standards applied before either a *benefits claim*\* or *tort claim*\*\* is granted. It may be clear that the treatment was not successful, but that does not mean that treatment was negligent. Further investigation may show that the care was proper even though an injury or death occurred.

**G. If a claim is granted, will it affect my eligibility for medical care?**

Medical care is a benefit provided by VA and continuation of care would be decided based on your continuing eligibility. For example, if you are eligible for medical care because you have a very low income, then a settlement of a tort claim counted as income may affect co-payments.

**H. What if a contractor provided the medical care that caused my injury?**

You can still file a *benefits claim*\* provided the injury occurred at a VA facility. A *tort claim*\*\* could not be granted because the provider was not an employee of the Government. You could file a medical malpractice action against the provider in state court following the state malpractice law. You may want to seek legal advice from an attorney.

**Contact Information**

Veterans Benefits Administration—1-800-827-1000

VA Regional Office          VA Regional Counsel (02)

\* under 38 United States Code § 1151
\*\* under the Federal Torts Claim Act



# INFORMATION FOR OUR PATIENTS AND THEIR FAMILIES:

Answers to Questions About Financial Compensation After an Injury

# Frequently Asked Questions About Compensation for Injuries Occurring During Medical Care

A  **How can I be compensated for an injury that occurred during treatment?**

1) You may file a *benefits claim*\* to be decided by the Veterans Benefits Administration (VBA). It is similar to other claims for VA benefits. VBA will help you get the necessary information to file the claim. Your medical record needs to show the disability or death was due to "carelessness, negligence, lack of proper skill, error in judgment or similar instance of fault" or "an event not reasonably foreseeable." If this is found, you will be granted a monthly award of benefits based on the extent of the resulting disability.

2) You may also file a *tort claim*\*\* with the Regional Counsel's Office. It is like filing a lawsuit for medical malpractice. The Regional Counsel represents the Government and cannot assist you with your claim, but will tell you what evidence you need to submit, which may include a medical opinion from outside VA. The evidence must show a failure to meet the standard of care by a VA employee that caused harm, which is a greater burden of proof than needed for a benefits claim. If this is found, you would generally receive a one-time payment from the Treasury Department.

B  **Do I need an attorney to file one of these claims?**

1) A Veteran's Benefits Counselor employed by VA, an accredited County Service Officer, or organizations recognized by VA, found at http://www.va.gov/ogc/apps/accreditation/index.html can assist you in filing your *benefits claim*\* without cost. An attorney may file a *benefits claim*\*, but restrictions apply regarding payment of fees to attorneys.

2) You may hire an attorney to file a *tort claim*\*\* or you can file by yourself using an SF-95 form. An attorney can help you in preparing the tort claim, obtaining supporting evidence, and evaluating offers to settle if any are made. Attorneys may charge you 20% – 25% of any money you are awarded.

C  **What if my claim is denied?**

1) If a *benefits claim*\* is denied by Veterans Benefits Administration, you may appeal the decision. You may continue to be represented by a service organization or may hire an attorney. Information about appeals and permissible attorney fees will be contained in the notice of denial of the claim for benefits.

2) If your *tort claim*\*\* is denied, you may request reconsideration by the Office of General Counsel or you may file suit in Federal Court. Your rights will be explained in the denial letter mailed to you.

D  **Are there time limits for filing a claim?**

1) *Benefits claims*\* may be filed at any time. The date a benefits claim is filed may affect the beginning date of benefits, if granted. If you are not satisfied with VA's decision, there are time limits for filing an appeal.

2) *Tort claims*\*\* must be filed within 2 years of the date of when they accrued, generally the date of injury or death. A claim must be *received* by the Office of Regional Counsel within 2 years of when it accrued.

E  **Do I have to choose between the two types of claims?**

No, you may file a *benefits claim*\* and a *tort claim*\*\*. However, if both are awarded, any monthly benefits will be affected by the amount of the *tort claim*\*\* payment. This means that benefits would be stopped if there is a settlement or court decision on a veteran's *tort claim*\*\* until the amount of the settlement or judgment has been offset. It is possible for one claim to be denied and the other allowed because of the different applicable laws and regulations.

---

\* under 38 United States Code § 1151
\*\* under the Federal Torts Claim Act