# Exhibit 5

[Page 1]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

RANDELL J. FRAZIER,
PLAINTIFF,
VS. CASE NO. 1:19-CV-00019
UNITED STATES OF AMERICA,
DEFENDANT.

30(b)(6) VIDEO DEPOSITION OF:
NICOLE GUST
DECEMBER 11, 2019

**VIDEOGRAPHER:** TOM TEMPEL
**COURT REPORTER:** CHARLES HOLM
**LOCATION:** SWEENEY LAW FIRM:
8109-B LIMA ROAD
FORT WAYNE, INDIANA 46818
**APPEARANCES:**
**FOR THE PLAINTIFF:** RANDALL FRAZIER:
**BY:** DAVID FARNBAUCH, ESQ.
8109-B LIMA ROAD
FORT WAYNE, INDIANA 46818

A Of his surgical records.

**Q Right, in November and December, '17?**

A It was called for in November, December. It did not occur until January through February of 2018.

**Q All right. So, prior to that time, let's say in the interim between when people started to come forward in September, October of '15 and when this hundred percent audit was initiated in late '17, early '18, were there any other, I'm going to use a term, a generic term, investigations or reviews that were conducted in the interim?**

A Yes, there were.

**Q Okay. What are we going to call those?**

A Records review.

**Q Okay. And have we already talked about those?**

A Bits and pieces, yes. Um, —

**Q Okay, so, tell me what you, what you can tell us about the record, the review or analysis that was done in the interim between late September, October of '15 and the hundred percent audit that was requested by Hershman in late '17 or early '18.**

A So, the first review was done in approximately April of 2016 and that's where five

records were sent to Danae Lowell. Then, in September of 2016, twenty-six surgical cases were sent to Dr. Lowell. And then, around July of 2017, there was an internal review from Dr. Burns, who reviewed some surgical cases. Those cases were referred to our Lametra group, it's a company, who also did a review of some surgical records.

**Q Okay. And we'll get into those different reviews in a minute, but my colleague, Denny, here, he has a burning question and I do, too. So, after these people you mentioned, I don't remember all their names, but there was like five or six people that came forward and expressed concern about Dr. Hammersley's surgical cases back in late September, early October. Was he still doing surgery after those people came forward?**

A Yes, he was.

**Q Okay. And whose decision was it that he continued to be allowed to do surgery?**

A I do not know.

**Q Okay. Would that have been, you know, once again, I know you don't know, but I'm just trying to get a, you know, a list of suspects. Would you believe that that would have been Dr. Burns' call since he was the Chief of Surgery?**